**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson (SBN 073353)
Maralee MacDonald (SBN 208699)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel. (916) 321-4444

Brian R. Katz, Attorney at Law
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA  95762
Tel. (916-933-5266)

Attorneys for plaintiff Concrete Washout Systems, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br>　vs.<br><br>WASHOUT SYSTEMS, LLC, KENNETH T. LOPER, SAM GARRARD, and Does 1-100,<br><br>　　　　　　　Defendants. | **Case No.: 2:08-CV-2214-GEB-KJM**<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO AMEND COMPLAINT** |

The parties submit the following stipulation and order granting leave to amend complaint.

### RECITALS

1. On August 15, 2008, plaintiff Concrete Washout Systems, Inc. ("CWS") brought its complaint in the Superior Court of California for the County of Sacramento for breach of contract, damages, declaratory relief, injunctive relief and breach of guaranty against Washout Systems, LLC, Kenneth T. Loper, and Sam Garrard.  On September 18, 2008, defendants removed the action to this Court.

2. The complaint asserts a fifth cause of action for breach of written guaranty against Kenneth T. Loper and Sam Garrard.  Plaintiff desires to amend the complaint to add N. Christopher Lynch and William F. Erwin as defendants and to assert the fifth cause of action for breach of written guaranty against those proposed new defendants.  The proposed first amended complaint is attached as Exhibit A to this Stipulation and Order.

Case 2:08-cv-02214-TLN-DB   Document 38   Filed 12/11/08   Page 2 of 2

3. The status (pretrial scheduling) conference in this matter is currently set for December 22, 2008.

4. Rule 15(a)(1) requires leave to amend upon the parties' written consent. Rule 15(a)(2) of the Federal Rules of Civil Procedure provides that the Court should freely grant leave to amend when justice so requires.

NOW, THEREFORE, the parties stipulate as follows:

**STIPULATION**

The parties consent to plaintiff's leave to amend Concrete Washout Services, Inc.'s and the filing of the attached proposed first amended complaint within five (5) days of this Court's entry of this Stipulation and Order Granting Leave to Amend Complaint. Defendants do not waive any defenses by so stipulating, including but not limited to objections to jurisdiction and venue.

Dated: December 8, 2008       BOUTIN GIBSON DI GIUSTO HODELL INC.

By:   */s/ Maralee MacDonald*
Chris Gibson
Maralee MacDonald
Attorneys for Plaintiff and Counterclaim Defendant
Concrete Washout Systems, Inc.

Dated: December 8, 2008       SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON

By:   */s/ Thomas G. Grace (authorized 12/08/08)*
Thomas G. Grace – Pro Hac Vice pending
Attorneys for Defendants and Counterclaimants
Washout Systems, LLC, Kenneth T. Loper and
Sam Garrard

**ORDER**

IT IS SO ORDERED.

12/9/08

GARLAND E. BURRELL, JR.
United States District Judge

-2-
**Stipulation and Order for Leave to Amend Complaint**

139373.1