**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson (SBN 073353)
Maralee MacDonald (SBN 208699)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel. (916) 321-4444

Brian R. Katz, Attorney at Law
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA  95762
Tel. (916-933-5266)

Attorneys for plaintiff Concrete Washout Systems, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation, <br><br>  Plaintiff, <br><br> vs. <br><br> WASHOUT SYSTEMS, LLC, KENNETH T. LOPER, SAM GARRARD, and Does 1-100, <br><br>  Defendants. | Case No.: **2:08-CV-2214-GEB-KJM** <br><br> **STIPULATION AND ORDER SHORTENING TIME ON PLAINTIFF CONCRETE WASHOUT SYSTEMS, INC.'S APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS WASHOUT SYSTEMS, LLC, KENNETH T. LOPER, and WILLIAM F. ERWIN SHOULD NOT BE HELD IN CONTEMPT AND SANCTIONED** |

The parties submit the following stipulation and order shortening time on plaintiff Concrete Washout Systems, Inc.'s Application for Order to Show Cause Why Defendants Washout Systems, LLC, Kenneth T. Loper, and William F. Erwin Should Not Be Held in Contempt and Sanctioned.

**RECITALS**

1.  Contemporaneously with this Stipulation, plaintiff Concrete Washout Systems, Inc. ("CWS") will file its Application for Order to Show Cause Why Defendants Washout Systems, LLC, Kenneth T. Loper, and William F. Erwin Should Not Be Held in Contempt and Sanctioned regarding this Court's December 23, 2008 Preliminary Injunction (Dkt. 42).

2.  Counsel for the parties has met and conferred regarding a shortened notice and briefing period so that the Court may hear the Application on July 20, 2009, with four days' less

notice to defendants under Local Rule 78-230, and one extra day for defendants to submit their opposition papers.

3. Counsel for plaintiff will be away on pre-planned, pre-paid vacation in remote areas of the country on August 3, 2009, the next date available for hearing a fully noticed Application.

NOW, THEREFORE, the parties stipulate as follows:

## **STIPULATION**

The parties consent to having plaintiff Concrete Washout Systems, Inc.'s Application for Order to Show Cause Why Defendants Washout Systems, LLC, Kenneth T. Loper, and William F. Erwin Should Not Be Held in Contempt and Sanctioned heard and briefed on the following schedule:

a. Plaintiff's Application for Order to Show Cause Why Defendants Washout Systems, LLC, Kenneth T. Loper, and William F. Erwin Should Not Be Held in Contempt and Sanctioned shall be filed by June 25, 2009 and served through the Court's electronic filing system.

b. Defendants shall file and serve any response through the Court's electronic filing system no later than July 7, 2009.

c. Plaintiff shall file and serve any reply through the Court's electronic filing system no later than July 13, 2009.

d. The parties stipulate and request the Court set the matter for hearing on July 20, 2009, at 9:00 a.m., in Courtroom 10.

Dated: June 25, 2009          BOUTIN GIBSON DI GIUSTO HODELL INC.

                              By:    */s/Maralee MacDonald*
                                     Chris Gibson
                                     Maralee MacDonald
                                     Attorneys for Plaintiff and Counterclaim Defendant
                                     Concrete Washout Systems, Inc.

Dated: June 25, 2009          SANTORO, DRIGGS, WALCH, KEARNEY,
                                     HOLLEY & THOMPSON

                              By:    */s/ Thomas G. Grace (authorized June 25, 2009)*
                                     Thomas G. Grace – Pro Hac Vice
                                     Attorneys for Defendants and Counterclaimants
                                     Washout Systems, LLC, Kenneth T. Loper and
                                     Sam Garrard

**ORDER**

IT IS SO ORDERED.

Dated: June 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge