IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONCRETE WASHOUT SYSTEMS,

    Plaintiff,                      No. CIV S-08-2214 GEB KJM

    vs.

WASHOUT SYSTEMS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff's motion to compel interrogatory responses was submitted on the papers. No opposition has been filed. Plaintiff has advised the court that two of the defendants, Kenneth Loper and William Erwin, have filed for bankruptcy and the action is therefore stayed as against those defendants.

        In light of there being no response to the propounded interrogatories, and good cause appearing, IT IS HEREBY ORDERED that the motion to compel (docket no. 64) is granted. Within ten days from the date of this order defendant Garrard shall serve verified responses, without objection, to plaintiff's special interrogatories, set one.

DATED: September 21, 2009.

006
concrete.sub

U.S. MAGISTRATE JUDGE

1