**BOUTIN GIBSON DI GIUSTO HODELL INC.**
Chris Gibson (SBN 073353)
Maralee MacDonald (SBN 208699)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Tel. (916) 321-4444
e-mail:  mmacdonald@boutininc.com

Brian R. Katz, Attorney at Law (SBN 88895)
4364 Town Center Boulevard, Suite 207
El Dorado Hills, CA  95762
Tel. (916-933-5266)
e-mail: brian@katzbusinesslaw.com

Attorneys for plaintiff Concrete Washout Systems, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| CONCRETE WASHOUT SYSTEMS, INC., a California corporation, <br><br> Plaintiff, <br> vs. <br><br> WASHOUT SYSTEMS, LLC, KENNETH T. LOPER, SAM GARRARD, N. CHRISTOPHER LYNCH, AND WILLIAM F. ERWIN, <br><br> Defendants. <br>————————————————<br> WASHOUT SYSTEMS, LLC, KENNETH T. LOPER, SAM GARRARD, N. CHRISTOPHER LYNCH AND WILLIAM F. ERWIN <br><br> Counterclaimants, <br> v. <br><br> CONCRETE WASHOUT SYSTEMS, INC., a California corporation, <br><br> Counterdefendant. <br>————————————————| Case No.: **2:08-CV-02214-GEB-KJM** <br><br> **STIPULATED REQUEST TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER** |

Plaintiff Concrete Washout Systems, Inc. ("CWS") and Defendants Washout Systems, LLC,

1

**Stipulated Request to Modify Status (Pretrial Scheduling) Order**
C:\Documents and Settings\nkelly\My Documents\CWS Las Vegas\#150618 v1 - CWS v. WOS - Stipulated Request to Modify Status Pretrial Scheduling Order.doc

1   Kenneth T. Loper, Sam Garrard, N. Christopher Lynch and William F. Erwin (collectively "WOS")

2   through their attorneys, hereby stipulate and request modification of this Court's Status (Pre-Trial

3   Scheduling) Order, filed December 16, 2008 (Dkt. 40).

4          The status order establishes September 30, 2009 as the date that discovery is to be completed.

5   The parties request that the status order be modified to briefly extend the discovery cutoff to October

6   22, 2009.

7          The parties submit that there is good cause for the requested modification.  The depositions of

8   defendants Kenneth T. Loper, William F. Erwin and Sam Garrard were originally scheduled to take

9   place on September 16, 2009 in Nevada.  However, these defendants did not appear for their noticed

10  depositions.  The parties are conferring regarding rescheduling the depositions of these defendants.  In

11  order to accommodate the schedule of defendants and defense counsel, and in order to allow plaintiff

12  to depose these defendants and complete discovery, the parties agree that a modest extension of the

13  discovery completion date is necessary.  The requested modification does not impact the motion

14  hearing schedule, final pretrial conference, or trial setting.

15         The parties therefore request and stipulate that the Court modify the Status (Pretrial

16  Scheduling) Order, Dkt. 40, to extend the deadline for completion of discovery to October 22, 2009.

17         **IT IS SO STIPULATED.**

18

19  Dated:  September 18, 2009                    BOUTIN GIBSON DI GIUSTO HODELL INC.

20

21                                                        By:_____*/s/ Maralee MacDonald*_____
                                                              Chris Gibson
22                                                            Maralee MacDonald
                                                              Attorneys for Plaintiff
23                                                            Concrete Washout Systems, Inc.

24  /

25  /

26  /

27  /

28
                                            2
                    **Stipulated Request to Modify Status (Pretrial Scheduling) Order**

Dated:  September 18, 2009

SANTORO, DRIGGS, WALCH, KEARNEY,
HOLLEY & THOMPSON

By: ___*/s/  Thomas G. Grace* (authorized 9/18/09)_
      Thomas G. Grace – Admitted Pro Hac Vice
      Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: 9/22/09

GARLAND E. BURRELL, JR.
United States District Judge

3

**Stipulated Request to Modify Status (Pretrial Scheduling) Order**