IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
CONCRETE WASHOUT SYSTEMS, INC.,    )
                                   )
                Plaintiff,         )   2:08-cv-02214-GEB-KJM
                                   )
           v.                      )   ORDER
                                   )
WASHOUT SYSTEMS, LLC, KENNETH T.   )
LOPER, SAM GARRARD, N. CHRISTOPHER )
LYNCH AND WILLIAM F. ERWIN,        )
                                   )
                Defendants.        )
_____)
```

On September 28, 2009 a hearing was scheduled during which Defendants were to show why they should not be held in contempt and sanctioned for failing to comply with this Court's preliminary injunction filed December 24, 2008. No Defendant made an appearance at the hearing, and the hearing was adjourned after Plaintiff's counsel stated since a bankruptcy petition had been filed the weekend preceding the hearing the Court could not proceed with the hearing. Therefore, the hearing was adjourned. Accordingly, the show cause proceeding is deemed withdrawn.

Dated:  September 29, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1