IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONCRETE WASHOUT SYSTEMS,

    Plaintiff,                  No. CIV S-08-2214 GEB KJM

    vs.

WASHOUT SYSTEMS, et al.,

    Defendants.             ORDER

_____/

    Plaintiff's motion to compel was submitted on the papers. Notices of bankruptcy filings have now been filed with respect to all defendants. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (docket no. 71) is denied without prejudice.

DATED: October 1, 2009.

006
concrete.bk

_____
U.S. MAGISTRATE JUDGE

1